**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 05-40423 |
| | § | |
| AF COMPANY CONTRACTORS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>09/26/2005</u>.  The undersigned trustee was appointed on <u>09/26/2005</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $20,251.55

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $101.91 |
| Bank service fees | $914.62 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $19,235.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>04/13/2006</u> and the deadline for filing government claims was <u>04/13/2006</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,775.16</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,775.16</u>, for a total compensation of <u>$2,775.16</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/31/2014</u>                           By:    <u>/s/ Horace Fox, Jr.</u>
                                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1                Exhibit A

| Case No.: | 05-40423 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| For the Period Ending: | 1/31/2014 | §341(a) Meeting Date: | 11/01/2005 |
| | | Claims Bar Date: | 04/13/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Parkway checking acct as of 9.19.05 | $18,879.47 | $18,879.47 | | $275.42 | FA |
| Asset Notes: | Parkway Bank, secured creditor modified the stay to satisfy its debt of $57,125.45 by offsetting  $48,392.60 against acct with last four digits ending in #7550; and offsetting $1,145.39 against acct with last four digits ending in #7569 and acct with last four digits ending in #4097, a certificate of deposit securing a ltr of credit, holing $11,232,73 was entered on 11.2.05.  Jim MaCardle, who represents Parkway said he would allow me to see if the certificate of deposit is irrevocable by litigating that issue with the City. | | | | | |
| 2 | Parkway checking, payroll@ 9.19.05 | $1,135.39 | $1,135.39 | | $275.42 | FA |
| Asset Notes: | see note one re:  Parkway stay mod order#297569 | | | | | |
| 3 | Parkway Bank cd (DOT secured ltr of credit | $11,252.73 | $11,252.73 | | $12,860.39 | FA |
| Asset Notes: | cd said to be irrevocable. | | | | | |
| 4 | Parkway permit checking acct | $0.80 | $0.80 | | $0.00 | FA |
| 5 | Center Point Constr. Mechanic's lien | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 6 | accounts receivable | $29,813.00 | $29,813.00 | | $5,895.00 | FA |
| 7 | 1997 Redi Haul trailer | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8 | 1997 Holden Trailer | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 9 | 1999 Ford  Expedition | $9,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | order modifying dated 2.22.06 | | | | | |
| 10 | 1999 Ford Epedition | $8,500.00 | $0.00 | | $0.00 | FA |
| 11 | 1997 Ford S 250 Cargo Van | $2,750.00 | $2,475.00 | | $0.00 | FA |
| Asset Notes: | order modifying stay 2.22.06 | | | | | |
| 12 | 1997 Ford E250 Cargo van | $4,000.00 | $3,600.00 | | $0.00 | FA |
| Asset Notes: | Condition and repairs needed (not running) possible transmission damage, makes unsaleable without repair | | | | | |
| 13 | computer, fax, desk chairs | $250.00 | $250.00 | | $0.00 | FA |
| 14 | tools af the trade | $2,760.00 | $2,760.00 | | $0.00 | FA |
| Asset Notes: | Misc hand tools would not support a return of more than the costs of collection, cleaning prep advertising and sale. | | | | | |
| 15 | Invetory/misc | $0.00 | $100.00 | | $0.00 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17 | refund Am Family Ins policy                      (u) | $0.00 | $23.00 | | $23.00 | FA |
| 18 | Chicago Title and Trust Co.                       (u) | $0.00 | $0.00 | | $763.17 | FA |
| Asset Notes: | C T & T receivable | | | | | |
| INT | Interest Asset | Unknown | Unknown | | $159.15 | Unknown |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit A

| | |
|---|---|
| Case No.: | 05-40423 |
| Case Name: | AF COMPANY CONTRACTORS |
| For the Period Ending: | 1/31/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| §341(a) Meeting Date: | 11/01/2005 |
| Claims Bar Date: | 04/13/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $99,841.39 | $81,789.39 | | $20,251.55 | $0.00 |

**Major Activities affecting case closing:**

Debtor ran a small contracting company from the basement of her home; there are receivables and vehicles to sell.  Don Dodge has already inspected the rolling stock and we will collect the receivables.January 26, 2006, 09:34 pm  Need to hire attorney to collect receivables.  Collection continues.

Attempting to get collection detail from co. computer.

Employee accountant, examine claims.  Have collected proceeds of the bank accounts. Value of mechanic's lien needs to be looked at.

Debtor's computer revealed a number of small receivables that we have sent demand letters on, but which are not likely to be collectable.

Need to sell or abandon interest in mechanic's lien, receivables, tools of  the trade.

5.28.10

Review a/r collection, vehicles and mechanic's lien.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3     Exhibit A

| Case No.: | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | | | Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| For the Period Ending: | 1/31/2014 | | | §341(a) Meeting Date: | 11/01/2005 |
| | | | | Claims Bar Date: | 04/13/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

18.00 diff reconciled.

Gave status to Art Grochocinski's office.  Remainer of the receivables and mechanic's lien need to be abandoned as not collectable. 12.29.10

No ability to collect on mechanic's lien.  05.23.11

Abandon receivables and mechanic's lien. 10.5.11

All claim filed before claims bar date and are unsecured non priority claims. Examine claims, file taxes file final report.11.29.11

E-mailed attorney to hire accountant and asked report on claims examination. 3.13.12

E-mailed accountant re taxable event and attorney re claims examination.6.29.12

All claims before claims bar date and no claim objections necessary. 10.27.12  Taxes needed.

Sent e-mail to accountant re:  taxable event.  2.27.13

Sent forms 1 and 2 to accountant 7.29.13

Asked Mr. de Medici to appoint Lois West and look at claims 10, 11 and 14, all of which were filed before the claims bar date and consider whether a motion to approve is appropriate. 10.9.13

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2006 | **Current Projected Date Of Final Report (TFR):** | 01/15/2014 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1049 | | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $20,192.20 | | $20,192.20 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.35 | $20,184.85 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.57 | $20,152.28 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $33.56 | $20,118.72 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.37 | $20,088.35 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $31.37 | $20,056.98 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.36 | $20,024.62 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.31 | $19,992.31 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $19.31 | $19,973.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.16 | $19,942.84 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.21 | $19,909.63 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.05 | $19,879.58 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.07 | $19,847.51 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.02 | $19,815.49 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.94 | $19,784.55 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.01 | $19,749.54 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.75 | $19,721.79 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $31.82 | $19,689.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.79 | $19,657.18 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $29.67 | $19,627.51 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.67 | $19,595.84 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $23.25 | $19,572.59 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.54 | $19,544.05 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.53 | $19,512.52 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.47 | $19,482.05 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $33.46 | $19,448.59 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.34 | $19,420.25 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.33 | $19,388.92 |
| | | | SUBTOTALS | | $20,192.20 | $803.28 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1049 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $33.30 | $19,355.62 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.21 | $19,327.41 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.18 | $19,296.23 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.13 | $19,265.10 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.08 | $19,235.02 |
| | | | TOTALS: | | $20,192.20 | $957.18 | $19,235.02 |
| | | | Less: Bank transfers/CDs | | $20,192.20 | $0.00 | |
| | | | Subtotal | | $0.00 | $957.18 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $957.18 | |

| For the period of 9/26/2005 to 1/31/2014 | | For the entire history of the account between 07/25/2011 to 1/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,192.20 | Total Internal/Transfer Receipts: | $20,192.20 |
| | | | |
| Total Compensable Disbursements: | $957.18 | Total Compensable Disbursements: | $957.18 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $957.18 | Total Comp/Non Comp Disbursements: | $957.18 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-40423 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***1049 | Money Market Acct #: | ******8220 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/26/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/22/2005 | (6) | LEMONCELLO PLUMBING | account receivable | 1121-000 | $4,000.00 | | $4,000.00 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $0.32 | | $4,000.32 |
| 01/03/2006 | (6) | A & G FRESH MARKET INC. | a/r A G Fress Mkt | 1121-000 | $375.00 | | $4,375.32 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $2.19 | | $4,377.51 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.12 | | $4,380.63 |
| 03/22/2006 | (6) | 2201 W. FULTON LLC | 2201 W. Fulton LLC 60612-2205 | 1129-000 | $1,520.00 | | $5,900.63 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.88 | | $5,904.51 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $4.50 | $5,900.01 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.85 | | $5,904.86 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.02 | | $5,909.88 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.86 | | $5,914.74 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.02 | | $5,919.76 |
| 08/14/2006 | (17) | Reverses Deposit # 4 | Return Of Premium Policy | 1229-000 | ($23.00) | | $5,896.76 |
| 08/14/2006 | (17) | Reverses Deposit # 5 | Return Of preimium policy | 1229-000 | ($23.00) | | $5,873.76 |
| 08/14/2006 | (17) | Reverses Deposit # 6 | Return Of preimium policy | 1229-000 | ($23.00) | | $5,850.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of Premium Policy | 1229-000 | $23.00 | | $5,873.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy | 1229-000 | $23.00 | | $5,896.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy | 1229-000 | $23.00 | | $5,919.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy, Am Fam Mut Ins. | 1229-000 | $23.00 | | $5,942.76 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.04 | | $5,947.80 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.89 | | $5,952.69 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.06 | | $5,957.75 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.90 | | $5,962.65 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.06 | | $5,967.71 |
| | | | SUBTOTALS | | $5,972.21 | $4.50 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | | | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***1049 | | | | | Money Market Acct #: | ******8220 |
| Co-Debtor Taxpayer ID #: | | | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/26/2005 | | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $5.08 | | $5,972.79 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $4.58 | | $5,977.37 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $5.07 | | $5,982.44 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $4.75 | $5,977.69 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $4.92 | | $5,982.61 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $5.08 | | $5,987.69 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $4.92 | | $5,992.61 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $5.09 | | $5,997.70 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $5.09 | | $6,002.79 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | $3.82 | | $6,006.61 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $3.83 | | $6,010.44 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.75 | | $6,011.19 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $6,011.19 | $0.00 |

| | | | | TOTALS: | $6,020.44 | $6,020.44 | $0.00 |
| | | | | Less: Bank transfers/CDs | $0.00 | $6,011.19 | |
| | | | | Subtotal | $6,020.44 | $9.25 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $6,020.44 | $9.25 | |

| **For the period of  9/26/2005 to 1/31/2014** | | **For the entire history of the account between  12/22/2005 to 1/31/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,020.44 | Total Compensable Receipts: | $6,020.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,020.44 | Total Comp/Non Comp Receipts: | $6,020.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9.25 | Total Compensable Disbursements: | $9.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $9.25 | Total Comp/Non Comp  Disbursements: | $9.25 |
| Total Internal/Transfer  Disbursements: | $6,011.19 | Total Internal/Transfer  Disbursements: | $6,011.19 |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | Checking Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From MMA # ******0423 | Transfer For Bond Payment | 9999-000 | $18.09 | | $18.09 |
| 03/02/2011 | 1 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $18.09 | $0.00 |

|  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| **TOTALS:** | | $18.09 | $18.09 | $0.00 |
| **Less: Bank transfers/CDs** | | $18.09 | $0.00 | |
| **Subtotal** | | $0.00 | $18.09 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $0.00 | $18.09 | |

| For the period of 9/26/2005 to 1/31/2014 | | For the entire history of the account between 02/17/2011 to 1/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18.09 | Total Internal/Transfer Receipts: | $18.09 |
| | | | |
| Total Compensable Disbursements: | $18.09 | Total Compensable Disbursements: | $18.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.09 | Total Comp/Non Comp Disbursements: | $18.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $6,011.19 | | $6,011.19 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.27 | | $6,013.46 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.06 | | $6,016.52 |
| 01/28/2008 | (18) | Chicago Titile and Trust Company | deposit from CT & T | 1221-000 | $763.17 | | $6,779.69 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.91 | | $6,782.60 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.66 | | $6,785.26 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.63 | | $6,787.89 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.23 | | $6,790.12 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.30 | | $6,792.42 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.23 | | $6,794.65 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.13 | | $6,796.78 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.73 | | $6,798.51 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.67 | | $6,800.18 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.32 | | $6,801.50 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.87 | | $6,802.37 |
| 12/29/2008 | (1) | Parkway Bank & Trust Co | Parkway bank offset 57,125.45 against these accounts as secured creditors. Account # 297550 | 1129-000 | $275.42 | | $7,077.79 |
| 12/29/2008 | (2) | Parkway Bank & Trust Co | Parkway bank offset 57,125.45 against these accounts as secured creditors. account # 297569 | 1129-000 | $275.42 | | $7,353.21 |
| 12/29/2008 | (3) | Parkway Bank & Trust Co. | CD Connected with letter of credit, Parkway | 1129-000 | $12,860.39 | | $20,213.60 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.72 | | $20,214.32 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.68 | | $20,216.00 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,217.55 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,218.88 |
| 04/02/2009 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.67 | $20,204.21 |
| 04/02/2009 | 1001 | VOID: International Sureties, LTD. | voided bond check | 2300-003 | | ($14.67) | $20,218.88 |
| 04/02/2009 | 1002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.67 | $20,204.21 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,205.04 |
| | | | **SUBTOTALS** | | $20,219.71 | $14.67 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-40423 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,205.90 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,206.73 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,207.59 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,208.45 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,209.28 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,210.14 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,210.97 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,211.83 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,212.69 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $20,213.47 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,214.33 |
| 04/28/2010 | 1003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $17.34 | $20,196.99 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,197.82 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,198.68 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,199.51 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,200.37 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,201.23 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,202.06 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,202.92 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,203.75 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,204.61 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,205.47 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $20,206.25 |
| 03/02/2011 | | Transfer To  # ******0423 | Transfer For Bond Payment | 9999-000 | | $18.09 | $20,188.16 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,189.02 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,189.85 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,190.71 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,191.54 |
| | | | SUBTOTALS | | $21.93 | $35.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.66 | | $20,192.20 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $20,192.20 | $0.00 |
| | | | **TOTALS:** | | $20,242.30 | $20,242.30 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,011.19 | $20,210.29 | |
| | | | **Subtotal** | | $14,231.11 | $32.01 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $14,231.11 | $32.01 | |

| For the period of 9/26/2005 to 1/31/2014 | | For the entire history of the account between 11/08/2007 to 1/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,231.11 | Total Compensable Receipts: | $14,231.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,231.11 | Total Comp/Non Comp Receipts: | $14,231.11 |
| Total Internal/Transfer Receipts: | $6,011.19 | Total Internal/Transfer Receipts: | $6,011.19 |
| | | | |
| Total Compensable Disbursements: | $32.01 | Total Compensable Disbursements: | $32.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.01 | Total Comp/Non Comp Disbursements: | $32.01 |
| Total Internal/Transfer Disbursements: | $20,210.29 | Total Internal/Transfer Disbursements: | $20,210.29 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|---|
| | | | | | $20,251.55 | $1,016.53 | $19,235.02 |

| **For the period of 9/26/2005 to 1/31/2014** | | **For the entire history of the case between 09/26/2005 to 1/31/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,251.55 | Total Compensable Receipts: | $20,251.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,251.55 | Total Comp/Non Comp Receipts: | $20,251.55 |
| Total Internal/Transfer Receipts: | $26,221.48 | Total Internal/Transfer Receipts: | $26,221.48 |
| | | | |
| Total Compensable Disbursements: | $1,016.53 | Total Compensable Disbursements: | $1,016.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,016.53 | Total Comp/Non Comp Disbursements: | $1,016.53 |
| Total Internal/Transfer Disbursements: | $26,221.48 | Total Internal/Transfer Disbursements: | $26,221.48 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1                    Exhibit C

| | | |
|---|---|---|
| **Case No.** | 05-40423 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | AF COMPANY CONTRACTORS | **Date:** 1/31/2014 |
| **Claims Bar Date:** | 04/13/2006 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 12/09/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,775.16 | $2,775.16 | $0.00 | $0.00 | $0.00 | $2,775.16 |
| | LOIS WEST, POPOWCER KATTEN LTD<br><br>35 E. Wacker Dr. #1550<br>Chicago IL 60601 | 11/04/2013 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| | LOIS WEST, POPOWCER KATTEN LTD.<br><br>35 E. Wacker Dr. #1550<br>Chicago IL 60601 | 11/04/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,425.50 | $2,425.50 | $0.00 | $0.00 | $0.00 | $2,425.50 |
| | WILLIAM HACKNEY AND<br><br>150 N. Michigan Avenue #3300<br>Chicago IL 60601 | 12/10/2013 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $8.15 | $8.15 | $0.00 | $0.00 | $0.00 | $8.15 |
| | WILLIAM HACKNEY AND SMITH AMUNDSEN LLC<br>150 N. Michigan #3300<br>Chicago IL 60601 | 11/04/2013 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,167.50 | $3,167.50 | $0.00 | $0.00 | $0.00 | $3,167.50 |
| 1 | FINANCIAL MANAGEMENT SERVICES, INC.<br>1001 Warrenville Road<br>Suite 210<br>Lisle IL 60532 | 01/04/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $254,365.24 | $254,365.24 | $0.00 | $0.00 | $0.00 | $254,365.24 |

CLAIM ANALYSIS REPORT

Page No:  2

Exhibit C

| Case No. | 05-40423 | | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | AF COMPANY CONTRACTORS | | | | | | | Date: | 1/31/2014 | | | |
| Claims Bar Date: | 04/13/2006 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | LITGEN CONCRETE CO<br><br>1020 NERGE ROAD<br>ELK GROVE VILLAGE IL 60007 | 01/20/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,890.20 | $1,890.20 | $0.00 | $0.00 | $0.00 | $1,890.20 |
| 3 | SYMONS CORA<br><br>200 EAST TOUGHY AVENUE<br>DES PLAINES IL 60018 | 01/20/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,298.91 | $1,298.91 | $0.00 | $0.00 | $0.00 | $1,298.91 |
| 4 | BEVERLY MATERIALS LLC<br>1100 BRANDT DRIVE<br>ELGIN IL 60120-1600 | 01/23/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $786.82 | $786.82 | $0.00 | $0.00 | $0.00 | $786.82 |
| 5 | AUBURN SUPPLY CO<br><br>TELLER LEVIT & SILVERTRUST PC<br>11 EAST ADAMS STREET 800<br>CHICAGO IL 60603 | 01/26/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,078.98 | $18,078.98 | $0.00 | $0.00 | $0.00 | $18,078.98 |
| 6 | TIMES SAVERS INC<br><br>TELLER LEVITT & SILVERTRUST PC<br>11 EAST ADAMS STREET 800<br>CHICAGO IL 60603 | 01/31/2006 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $1,501.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** This claim amended by claim 8, not 6. | | | | | | | | | | | | |
| 7 | GENERAL CASUALTY CO<br>Attn Mindy Blumenberg<br>One General Dr<br>Sun Prairie WI 53596 | 02/06/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| Case No. | 05-40423 | | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | AF COMPANY CONTRACTORS | | | | | | | Date: | 1/31/2014 | | | |
| Claims Bar Date: | 04/13/2006 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | TIMES SAVERS INC<br><br>TELLER LEVITT & SILVERTRUST PC<br>11 EAST ADAMS STREET 800<br>CHICAGO IL 60603 | 02/08/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,501.17 | $1,501.17 | $0.00 | $0.00 | $0.00 | $1,501.17 |
| Claim Notes: | Duplicate of 6, pay 8, not 6. | | | | | | | | | | | |
| * 9 | EFFICIENT INSULATION<br>10215 Franklin Avenue<br>Franklin Park IL 60131 | 04/11/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,600.00 | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 |
| Claim Notes: | .Objection filed to priority status, not within 180 days of 2005 filing or cessation of business, to be heard 1.15.14.  Disallowed as priority, 1.15.14. | | | | | | | | | | | |
| 10 | CITY OF CHICAGO<br><br>Department of Revenue<br>Bureau of Parking Bankruptcy<br>333 S. State Street Suite 540<br>Chicago IL 60604-3977 | 04/11/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,390.00 | $1,390.00 | $0.00 | $0.00 | $0.00 | $1,390.00 |
| 11 | PLUMBERS' PENSION FUND, LOCAL 130, U.A., ET A<br>c/o Douglas A. Lindsay<br>Lewis, Overbeck & Furman, LLP<br>135 S. LaSalle Street, Suite 2300<br>Chicago IL 60603 | 04/12/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $179,906.28 | $179,906.38 | $0.00 | $0.00 | $0.00 | $179,906.38 |

Claim Notes:      (11-1) Unsecured Claim for Plumbers #039; Pension Fund, Local 130, U.A., et al

Claim 12 amends claim 11, which was amended on 4.13.06 by claim 14, only pay one.

Claim # 11 filed on 4/12/06 claim # 12 filed on 4/13/06, and claim # 14 filed on 4/13/06.

* There is an objection filed for this claim

| Case No. | 05-40423 | | | | | Trustee Name: | | Horace Fox, Jr. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | | | Date: | | 1/31/2014 | | | | |
| Claims Bar Date: | 04/13/2006 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | PLUMBER'S PENSION FUND, LOCAL 130 U.A ET AL. 135 S. LaSalle Street #2300 Chicago IL 60603 | 12/10/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $179,906.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim 12, amended claim 11 and 11 amended by 14, only pay 1 of these 3 claims, 14.Claim # 12 amends the amount claimed from 179,960.28 to Null. Details to claim 12.

Claim # 11 filed on 4/12/06 claim # 12 filed on 4/13/06, and claim # 14 filed on 4/13/06. Current attorney for Plumbers Union #039Shane Luedke of Gregorio & Associates confirmed that there was only 1 claim of $179,906.28 and that it does NOT intend there to be 3 claims of that amount. 1.31.2014

| 13 | DIAMOND CORING CO C/O CHITOWSKI LAW OFFICES 801 WARRENVILLE ROAD #620 LISLE IL 60532 | 04/13/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,349.95 | $3,349.95 | $0.00 | $0.00 | $0.00 | $3,349.95 |
| 14 | PLUMBERS' PENSION FUND, LOCAL 130, U.A., ET A c/o Douglas A. Lindsay Lewis, Overbeck & Furman, LLP 135 S. LaSalle Street, Suite 2300 Chicago IL 60603 | 04/13/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $179,906.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Unsecured Claim for Plumbers #039; Pension Fund, Local 130, U.A., et al

Claim 12 amends claim 11,claim 11 was amended on 4.13.06 by claim 14, only pay one.

Claim # 11 filed on 4/12/06 claim # 12 filed on 4/13/06, and claim # 14 filed on 4/13/06. Current attorney for Plumbers Union #039Shane Luedke of Gregorio & Associates confirmed that there was only 1 claim of $179,906.28 and that it does NOT intend there to be 3 claims of that amount. 1.31.2014

| | | | | | | $838,863.09 | $477,549.46 | $0.00 | $0.00 | $0.00 | $477,549.46 |

CLAIM ANALYSIS REPORT                                                                 Page No:  5                    Exhibit C

| | | |
|---|---|---|
| **Case No.** | 05-40423 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | AF COMPANY CONTRACTORS | **Date:** 1/31/2014 |
| **Claims Bar Date:** | 04/13/2006 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| Accountant for Trustee Fees (Other Firm) | $2,425.50 | $2,425.50 | $0.00 | $0.00 | $0.00 | $2,425.50 |
| Attorney for Trustee Expenses (Other Firm) | $8.15 | $8.15 | $0.00 | $0.00 | $0.00 | $8.15 |
| Attorney for Trustee Fees (Other Firm) | $3,167.50 | $3,167.50 | $0.00 | $0.00 | $0.00 | $3,167.50 |
| General Unsecured 726(a)(2) | $830,481.28 | $469,167.65 | $0.00 | $0.00 | $0.00 | $469,167.65 |
| Trustee Compensation | $2,775.16 | $2,775.16 | $0.00 | $0.00 | $0.00 | $2,775.16 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       05-40423
Case Name:      AF COMPANY CONTRACTORS
Trustee Name:   Horace Fox, Jr.

Balance on hand:                    $19,235.02

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:              $0.00
Remaining balance:              $19,235.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $2,775.16 | $0.00 | $2,775.16 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee Fees | $3,167.50 | $0.00 | $3,167.50 |
| William Hackney and, Attorney for Trustee Expenses | $8.15 | $0.00 | $8.15 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee Fees | $2,425.50 | $0.00 | $2,425.50 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |

Total to be paid for chapter 7 administrative expenses:           $8,381.81
Remaining balance:          $10,853.21

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:           $0.00
Remaining balance:          $10,853.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

Total to be paid to priority claims:                    $0.00
Remaining balance:                    $10,853.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $469,167.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Financial Management Services, Inc. | $254,365.24 | $0.00 | $5,884.21 |
| 2 | LITGEN CONCRETE CO | $1,890.20 | $0.00 | $43.73 |
| 3 | SYMONS CORA | $1,298.91 | $0.00 | $30.05 |
| 4 | BEVERLY MATERIALS LLC | $786.82 | $0.00 | $18.20 |
| 5 | AUBURN SUPPLY CO | $18,078.98 | $0.00 | $418.22 |
| 6 | TIMES SAVERS INC | $0.00 | $0.00 | $0.00 |
| 7 | General Casualty Co | $5,000.00 | $0.00 | $115.66 |
| 8 | TIMES SAVERS INC | $1,501.17 | $0.00 | $34.73 |
| 9 | Efficient Insulation | $1,600.00 | $0.00 | $37.01 |
| 10 | City of Chicago | $1,390.00 | $0.00 | $32.15 |
| 11 | Plumbers' Pension Fund, Local 130, U.A., et a | $179,906.38 | $0.00 | $4,161.76 |
| 12 | Plumber's Pension Fund, Local 130 U.A et al. | $0.00 | $0.00 | $0.00 |
| 13 | DIAMOND CORING CO | $3,349.95 | $0.00 | $77.49 |
| 14 | Plumbers' Pension Fund, Local 130, U.A., et a | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:        $10,853.21
Remaining balance:                    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:         $0.00
Remaining balance:         $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:         $0.00
Remaining balance:         $0.00