**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-40423 |
| | § | |
| AF COMPANY CONTRACTORS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 s Dearborn, Room 713, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at10:30 on 2/27/2014, in Courtroom 682, United States Courthouse, if no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/03/2014         By: /s/ Horace Fox, Jr.
                                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 05-40423
 §
AF COMPANY CONTRACTORS §
 §
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $20,251.55
*and approved disbursements of* $1,016.53
*leaving a balance on hand of*[1] : $19,235.02

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $19,235.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,775.16 | $0.00 | $2,775.16 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee Fees | $3,167.50 | $0.00 | $3,167.50 |
| William Hackney and, Attorney for Trustee Expenses | $8.15 | $0.00 | $8.15 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee Fees | $2,425.50 | $0.00 | $2,425.50 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |

Total to be paid for chapter 7 administrative expenses: $8,381.81
Remaining balance: $10,853.21

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $10,853.21 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $10,853.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $469,167.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Financial Management Services, Inc. | $254,365.24 | $0.00 | $5,884.21 |
| 2 | LITGEN CONCRETE CO | $1,890.20 | $0.00 | $43.73 |
| 3 | SYMONS CORA | $1,298.91 | $0.00 | $30.05 |
| 4 | BEVERLY MATERIALS LLC | $786.82 | $0.00 | $18.20 |
| 5 | AUBURN SUPPLY CO | $18,078.98 | $0.00 | $418.22 |
| 6 | TIMES SAVERS INC | $0.00 | $0.00 | $0.00 |
| 7 | General Casualty Co | $5,000.00 | $0.00 | $115.66 |
| 8 | TIMES SAVERS INC | $1,501.17 | $0.00 | $34.73 |
| 9 | Efficient Insulation | $1,600.00 | $0.00 | $37.01 |
| 10 | City of Chicago | $1,390.00 | $0.00 | $32.15 |
| 11 | Plumbers' Pension Fund, Local 130, | $179,906.38 | $0.00 | $4,161.76 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | U.A., et a | | | |
| 12 | Plumber's Pension Fund, Local 130 U.A et al. | $0.00 | $0.00 | $0.00 |
| 13 | DIAMOND CORING CO | $3,349.95 | $0.00 | $77.49 |
| 14 | Plumbers' Pension Fund, Local 130, U.A., et a | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $10,853.21
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                Case No. 05-40423-JPC
AF Company Contractors                                                Chapter 7
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster              Page 1 of 2                  Date Rcvd: Feb 04, 2014
                              Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2014.
db           +AF Company Contractors,    4233 North Melvina Avenue,   Chicago, IL 60634-1529
9931872      +A&A EQUIPMENT& SUPPLY CO,    196 WEST DEVON AVENUE,   BENSENVILLE, IL 60106-1148
9931873      +AMERICAN FAMILY INSURANCE CO,    CREDIT COLLECTION SERVICES,    2 WELLS AVENUE SUITE 1,
               NEWTON CENTER, MA 02459-3246
9931874      +AMERISAFE INC,    C/O CAINE & WEINER,   1100 EAST WOODFIELD ROAD # 425,
               SCHAUMBURG, IL 60173-5116
9931875      +ANTHONY & ANNETTE LIMONCELLO,    4233 NORTH MELVINA AVENUE,    CHICAGO, IL 60634-1529
9931876      +AUBURN SUPPLY CO,    TELLER LEVIT & SILVERTRUST PC,   11 EAST ADAMS STREET 800,
               CHICAGO, IL 60603-6324
9931877      +BARNETT,   P O BOX 2317,    JACKSONVILLE, FL 32203-2317
9931878       BEVERLY MATERIALS LLC,    1100 BRANDT DRIVE,   ELGIN, IL 60120-1600
9931880       BOND SAFEGUARD INSURANCE CO,    TJ ADAMS GROUP-R JACOBSON,   333 EAST E BUTTERFILED ROAD 5TH FL,
               LOMBARD, IL 60148-5641
9931879      +BOND SAFEGUARD INSURANCE CO,    1919 SOUTH HIGHLAND AVE BLDG A 300,    LOMBARD, IL 60148-6232
9931881       CATALANO CABOOR & CO,    1 SOUTH 376 SUMMIT CT  A,   OAK BROOK, IL 60181
9937580      +CRAWFORD SUPPLY CO,    FUCHS & ROSELLI LTD,   440 WEST RANDOLPH STREET SUITE 500,
               CHICAGO, IL 60606-7211
10688589     +City of Chicago,    Department of Revenue,   Bureau of Parking Bankruptcy,
               333 S. State Street Suite 540,    Chicago, IL 60604-3951
9937581      +DATACOM MARKETING,    1 CHESTNUT STREET SUITE 91,   NASHUA, NH 03060-9307
9937582      +DIAMOND CORING CO,    C/O CHITOWSKI LAW OFFICES,   801 WARRENVILE ROAD #620,
               LISLE, IL 60532-4348
9937583      +EFFICIENT INSULATION,    10215 FRANKLIN AVENUE,   FRANKLIN PARK, IL 60131-1527
9937585     #+FINANCIAL MANAGEMENT,    SG SUPPLY,   12900 SOUTH THROOP STREET,    CALUMET PARK, IL 60827-6499
9937586      +FINANCIAL MANGEMENT SERVICES INC,    GROCHOCINSKI GROCHOCINSKI & LLOYD,   1900 RAVINA PLACE,
               ORLAND PARK, IL 60462-3760
9937587      +FRED & BARBARA ALTAMORE,    3035 MAPLE STREET,   FRANKLIN PARK, IL 60131-2822
9937588      +GENERAL CASUALTY INSURANCE CO,    DUN& BRADSTREET RECEIVABLES,    55 SHURMAN ROAD,
               NAPERVILLE, IL 60563-7925
10587967     +General Casualty Co,    Attn Mindy Blumenberg,   One General Dr,   Sun Prairie, WI 53596-0002
9937590      +KIEFT BROTHERS, INC,    837 SOUTH RIVERSIDE DRIVE,   ELMHURST, IL 60126-4964
9937591      +LABNORES PENSION FUND,    53 WEST JACKSON BLVD #550,   CHICAGO, IL 60604-3425
9937592      +LABORER’S UNION PENSION & WELFARE,    11465 CERMAK ROAD,   WESTCHESTER, IL 60154-5768
9937593      +LITGEN CONCRETE CO,    1020 NERGE ROAD,   ELK GROVE VILLAGE, IL 60007-3216
9937594      +LOCAL 130,    LEWIS OVERBECK & FURMAN LLP,    135 SOUTH LASALLE STREET SUITE 2300,
               CHICAGO, IL 60603-4152
9937595      +LOCAL 130,    1340 WEST WASHINGTON BLVD,   CHICAGO, IL 60607-2131
9937596      +MATERIAL SYSTEMS INC,    P O BOX 2677,   NAPERVILLE, IL 60567-2677
9937598      +PARKWAY BANK& TRUST CO,    ATTENTION: GUY D’ORONZO,   4800 NORTH HARLEM AVENUE,
               HARWOOD HEIGHTS, IL 60706-3506
9937599      +PEOPLE’S GAS,    130 EAST RANDOLPH DRIVE,   CHICAGO, IL 60601-6302
9937600      +PEOPLE’S GAS,    SANCHEZ & DANIELS,   333 WEST WACKER DRIVE #500,    CHICAGO, IL 60606-1342
10691458     +Plumbers’ Pension Fund, Local 130, U.A., et a,   c/o Douglas A. Lindsay,
               Lewis, Overbeck & Furman, LLP,    135 S. LaSalle Street, Suite 2300,
               Chicago, Illinois 60603-4152
9937602      +RH DONNELLEY CO,    P O BOX 807008,   KANSAS CITY MO 64180-7008
9937604      +STERLING SUPPLY CO INC,    4900 LINCOLN AVENUE RT 53,   LISLE, IL 60532-2115
9937605      +SYMONS CORA,    200 EAST TOUHY AVENUE,   DES PLAINES, IL 60018-2683
9937606      +TIMES SAVERS INC,    TELLER LEVITT & SILVERTRUST PC,   11 EAST ADAMS STREET 800,
               CHICAGO, IL 60603-6324
9937607      +VOLLMAR CLAY PRODUCTS CO,    5835 WEST TOUHY AVENUE,   CHICAGO, IL 60646-1264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9937597       E-mail/Text: appebnmailbox@sprint.com Feb 05 2014 01:15:32     NEXTEL COMMUNCIATION,
               P O BOX 17990,   DENVER, CO 80217-0990
9937601       E-mail/Text: bankruptcy@pb.com Feb 05 2014 01:22:50     PURCHASE POWER,   P O BOX 856042,
               LOUISVILLE, KY 40285-6042
9937603       E-mail/Text: g17768@att.com Feb 05 2014 01:14:31     SBC,   BILL PAYMENT CENTER,
               SAGINAW MI 48663-0003
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mandell Menkes
9937584      ##+EMC INSURANCE COMPANIES,    PO BOX 5001,   VILLA PARK, IL 60181-5001
10551832     ##+Financial Management Services, Inc.,    1001 Warrenville Road,   Suite 210,   Lisle, IL 60532-1393
9937589       ##HOME DEPOT CREDIT SERVICES INC,    P O BOX 6029,   THE LAKES, NV 88901-6029
                                                                                              TOTALS: 1, * 0, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: gbeemster              Page 2 of 2                  Date Rcvd: Feb 04, 2014
                              Form ID: pdf006              Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2014 at the address(es) listed below:

```
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Gina B Krol, ESQ   on behalf of Debtor    AF Company Contractors gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Horace  Fox, JR    foxhorace@aol.com,   hf@trustesolutions.net;hf@trustesolutions.com
              James M McArdle    on behalf of Creditor   Parkway Bank and Trust Company jmcardle@skcounsel.com
              Laura A. Hrisko    on behalf of Creditor   American General Financial Services, Inc.
               Laura.Hrisko@slfs.com,  lrisko@aol.com
              Patrick G. Somers    on behalf of Trustee Horace  Fox, JR psomers@somerslaw.net,
               cate@fairplayparalegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William S Hackney, III    on behalf of Trustee Horace  Fox, JR whackney@salawus.com,
               jadams@salawus.com
                                                                                             TOTAL: 8
```