**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-40423 |
| | § | |
| AF COMPANY CONTRACTORS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $38,760.80 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,853.21 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $9,398.34 | | |

3)   Total gross receipts of $20,251.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,251.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $9,398.34 | $9,398.34 | $9,398.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $188,892.53 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $687,175.63 | $830,481.28 | $469,167.65 | $10,853.21 |
| **Total Disbursements** | $876,068.16 | $839,879.62 | $478,565.99 | $20,251.55 |

4). This case was originally filed under chapter 7 on 09/26/2005. The case was pending for 107 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2014    By: /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| accounts receivable | 1129-000 | $5,895.00 |
| Parkway Bank cd (DOT secured ltr of credit | 1129-000 | $12,860.39 |
| Parkway checking acct as of 9.19.05 | 1129-000 | $275.42 |
| Parkway checking, payroll@ 9.19.05 | 1129-000 | $275.42 |
| Chicago Title and Trust Co. | 1221-000 | $763.17 |
| refund Am Family Ins policy | 1229-000 | $23.00 |
| Interest Asset | 1270-000 | $159.15 |
| **TOTAL GROSS RECEIPTS** | | $20,251.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,775.16 | $2,775.16 | $2,775.16 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $4.75 | $4.75 | $4.75 |
| International Sureties, LTD. | 2300-000 | NA | $92.66 | $92.66 | $92.66 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $4.50 | $4.50 | $4.50 |
| Green Bank | 2600-000 | NA | $914.62 | $914.62 | $914.62 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee | 3210-000 | NA | $3,167.50 | $3,167.50 | $3,167.50 |
| William Hackney and, Attorney for Trustee | 3220-000 | NA | $8.15 | $8.15 | $8.15 |
| Lois West, Popowcer Katten Ltd., Accountant for Trustee | 3410-000 | NA | $2,425.50 | $2,425.50 | $2,425.50 |
| Lois West, Popowcer Katten Ltd, Accountant for | 3420-000 | NA | $5.50 | $5.50 | $5.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $9,398.34 | $9,398.34 | $9,398.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laborer's Union Pension & Welfare | 5800-000 | $2,623.68 | $0.00 | $0.00 | $0.00 |
| | Local 130 | 5800-000 | $186,268.85 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $188,892.53 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Financial Management Services, Inc. | 7100-000 | $256,212.73 | $254,365.24 | $254,365.24 | $0.00 |
| | Office of the Bankruptcy Clerk (Claim No. 1; Financial Management Services, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $5,884.21 |
| 2 | LITGEN CONCRETE CO | 7100-000 | $1,890.00 | $1,890.20 | $1,890.20 | $43.73 |
| 3 | SYMONS CORA | 7100-000 | $1,238.20 | $1,298.91 | $1,298.91 | $0.00 |
| | Office of the Bankruptcy Clerk (Claim No. 3; SYMONS CORA) | 7100-001 | $0.00 | $0.00 | $0.00 | $30.05 |
| 4 | BEVERLY MATERIALS LLC | 7100-000 | $767.02 | $786.82 | $786.82 | $0.00 |
| | Office of the Bankruptcy Clerk (Claim No. 4; BEVERLY MATERIALS LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $18.20 |
| 5 | AUBURN SUPPLY CO | 7100-000 | $15,078.98 | $18,078.98 | $18,078.98 | $418.22 |
| 6 | TIMES SAVERS | 7100-000 | $1,201.17 | $1,501.17 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | INC | | | | | |
| 7 | General Casualty Co | 7100-000 | $5,000.00 | $5,000.00 | $5,000.00 | $115.66 |
| 8 | TIMES SAVERS INC | 7100-000 | $1,201.17 | $1,501.17 | $1,501.17 | $0.00 |
|   | Office of the Bankruptcy Clerk (Claim No. 8; TIMES SAVERS INC) | 7100-001 | $0.00 | $0.00 | $0.00 | $34.73 |
| 9 | Efficient Insulation | 7100-000 | $1,600.00 | $1,600.00 | $1,600.00 | $37.01 |
| 10 | City of Chicago | 7100-000 | $0.00 | $1,390.00 | $1,390.00 | $32.15 |
| 11 | Plumbers' Pension Fund, Local 130, U.A., et a | 7100-000 | $0.00 | $179,906.28 | $179,906.38 | $4,161.76 |
| 12 | Plumber's Pension Fund, Local 130 U.A et al. | 7100-000 | $0.00 | $179,906.28 | $0.00 | $0.00 |
| 13 | DIAMOND CORING CO | 7100-000 | $3,349.95 | $3,349.95 | $3,349.95 | $77.49 |
| 14 | Plumbers' Pension Fund, Local 130, U.A., et a | 7100-000 | $0.00 | $179,906.28 | $0.00 | $0.00 |
|   | A&A Equipment & Supply Co | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
|   | American Family Insurance Company | 7100-000 | $25,213.00 | $0.00 | $0.00 | $0.00 |
|   | Amerisafe Inc | 7100-000 | $396.31 | $0.00 | $0.00 | $0.00 |
|   | Anthony & Annette Limoncello | 7100-000 | $30,118.32 | $0.00 | $0.00 | $0.00 |
|   | Barnett | 7100-000 | $411.77 | $0.00 | $0.00 | $0.00 |
|   | Bond Safegaurd Insurance Co | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
|   | Catalano Caboor & Co | 7100-000 | $39,130.00 | $0.00 | $0.00 | $0.00 |
|   | CNH Capital | 7100-000 | $4,104.93 | $0.00 | $0.00 | $0.00 |
|   | Crawford Supply Co | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
|   | Datacom Marketing | 7100-000 | $499.00 | $0.00 | $0.00 | $0.00 |
|   | EMC Insurance Companies | 7100-000 | $16,304.21 | $0.00 | $0.00 | $0.00 |
|   | Fred & Barbara Altamore | 7100-000 | $100,783.43 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Home Depot Credit Services, Inc | 7100-000 | $5,300.00 | $0.00 | $0.00 | $0.00 |
| Kieft Brothers, Inc | 7100-000 | $9,233.15 | $0.00 | $0.00 | $0.00 |
| Material Systems Inc | 7100-000 | $677.55 | $0.00 | $0.00 | $0.00 |
| Nextel Communication | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parkway Bank & Trust Co | 7100-000 | $56,500.00 | $0.00 | $0.00 | $0.00 |
| People's Gas | 7100-000 | $985.00 | $0.00 | $0.00 | $0.00 |
| Purchase Power | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| RH Donnelley Co | 7100-000 | $1,007.37 | $0.00 | $0.00 | $0.00 |
| SBC | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| Sterling Supply Co Inc | 7100-000 | $45,685.00 | $0.00 | $0.00 | $0.00 |
| Vollmar Clay Products Co | 7100-000 | $9,887.37 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $687,175.63 | $830,481.28 | $469,167.65 | $10,853.21 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| For the Period Ending: | 8/4/2014 | | §341(a) Meeting Date: | 11/01/2005 |
| | | | Claims Bar Date: | 04/13/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Parkway checking acct as of 9.19.05 | $18,879.47 | $18,879.47 | | $275.42 | FA |
| Asset Notes: | Parkway Bank, secured creditor modified the stay to satisfy its debt of $57,125.45 by offsetting $48,392.60 against acct with last four digits ending in #7550; and offsetting $1,145.39 against acct with last four digits ending in #7569 and acct with last four digits ending in #4097, a certificate of deposit securing a ltr of credit, holing $11,232,73 was entered on 11.2.05. Jim MaCardle, who represents Parkway said he would allow me to see if the certificate of deposit is irrevocable by litigating that issue with the City. | | | | | |
| 2 | Parkway checking, payroll@ 9.19.05 | $1,135.39 | $1,135.39 | | $275.42 | FA |
| Asset Notes: | see note one re: Parkway stay mod order#297569 | | | | | |
| 3 | Parkway Bank cd (DOT secured ltr of credit | $11,252.73 | $11,252.73 | | $12,860.39 | FA |
| Asset Notes: | cd said to be irrevocable. | | | | | |
| 4 | Parkway permit checking acct | $0.80 | $0.80 | | $0.00 | FA |
| 5 | Center Point Constr. Mechanic's lien | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 6 | accounts receivable | $29,813.00 | $29,813.00 | | $5,895.00 | FA |
| 7 | 1997 Redi Haul trailer | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8 | 1997 Holden Trailer | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 9 | 1999 Ford Expedition | $9,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | order modifying dated 2.22.06 | | | | | |
| 10 | 1999 Ford Epedition | $8,500.00 | $0.00 | | $0.00 | FA |
| 11 | 1997 Ford S 250 Cargo Van | $2,750.00 | $2,475.00 | | $0.00 | FA |
| Asset Notes: | order modifying stay 2.22.06 | | | | | |
| 12 | 1997 Ford E250 Cargo van | $4,000.00 | $3,600.00 | | $0.00 | FA |
| Asset Notes: | Condition and repairs needed (not running) possible transmission damage, makes unsaleable without repair | | | | | |
| 13 | computer, fax, desk chairs | $250.00 | $250.00 | | $0.00 | FA |
| 14 | tools af the trade | $2,760.00 | $2,760.00 | | $0.00 | FA |
| Asset Notes: | Misc hand tools would not support a return of more than the costs of collection, cleaning prep advertising and sale. | | | | | |
| 15 | Invetory/misc | $0.00 | $100.00 | | $0.00 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17 | refund Am Family Ins policy (u) | $0.00 | $23.00 | | $23.00 | FA |
| 18 | Chicago Title and Trust Co. (u) | $0.00 | $0.00 | | $763.17 | FA |
| Asset Notes: | C T & T receivable | | | | | |
| INT | Interest Asset | Unknown | Unknown | | $159.15 | Unknown |

Case 05-40423   Doc 54   Filed 08/29/14   Entered 08/29/14 11:20:11   Desc Main
Document   Page 8 of 20

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AF COMPANY CONTRACTORS | | | Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| For the Period Ending: | 8/4/2014 | | | §341(a) Meeting Date: | 11/01/2005 |
| | | | | Claims Bar Date: | 04/13/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $99,841.39 | $81,789.39 | | $20,251.55 | $0.00 |

**Major Activities affecting case closing:**

Placed balance (34.37) with the Clerk. 7.22.14

18.00 diff reconciled.

Gave status to Art Grochocinski's office. Remainer of the receivables and mechanic's lien need to be abandoned as not collectable. 12.29.10

No ability to collect on mechanic's lien.  05.23.11

Abandon receivables and mechanic's lien. 10.5.11

All claim filed before claims bar date and are unsecured non priority claims. Examine claims, file taxes file final report.11.29.11

E-mailed attorney to hire accountant and asked report on claims examination. 3.13.12

E-mailed accountant re taxable event and attorney re claims examination.6.29.12

All claims before claims bar date and no claim objections necessary. 10.27.12  Taxes needed.

Sent e-mail to accountant re:  taxable event. 2.27.13

Sent forms 1 and 2 to accountant 7.29.13

Asked Mr. de Medici to appoint Lois West and look at claims 10, 11 and 14, all of which were filed before the claims bar date and consider whether a motion to approve is appropriate. 10.9.13

Final report up in court 2.27.14, Bill Hackney will attend, checks cut and next statement should show zero balance.

Check sent to claim 7 (General) returned (could not identify) sent them the claim and back up and identified claimant as A & F and returned check 4.8.14.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3     Exhibit 8

| Case No.: | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Date Filed (f) or Converted (c): | 09/26/2005 (f) |
| For the Period Ending: | 8/4/2014 | | §341(a) Meeting Date: | 11/01/2005 |
| | | | Claims Bar Date: | 04/13/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Need to sell or abandon interest in mechanic's lien, receivables, tools of the trade.

5.28.10

Review a/r collection, vehicles and mechanic's lien.

Debtor's computer revealed a number of small receivables that we have sent demand letters on, but which are not likely to be collectable.

Employee accountant, examine claims. Have collected proceeds of the bank accounts. Value of mechanic's lien needs to be looked at.

Attempting to get collection detail from co. computer.

Debtor ran a small contracting company from the basement of her home; there are receivables and vehicles to sell. Don Dodge has already inspected the rolling stock and we will collect the receivables.January 26, 2006, 09:34 pm Need to hire attorney to collect receivables. Collection continues.

**Initial Projected Date Of Final Report (TFR):**    12/31/2006      **Current Projected Date Of Final Report (TFR):**    01/15/2014      /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1049 | | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $20,192.20 | | $20,192.20 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.35 | $20,184.85 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.57 | $20,152.28 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $33.56 | $20,118.72 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.37 | $20,088.35 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $31.37 | $20,056.98 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.36 | $20,024.62 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.31 | $19,992.31 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $19.31 | $19,973.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.16 | $19,942.84 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.21 | $19,909.63 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.05 | $19,879.58 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.07 | $19,847.51 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.02 | $19,815.49 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.94 | $19,784.55 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.01 | $19,749.54 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.75 | $19,721.79 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $31.82 | $19,689.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $32.79 | $19,657.18 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $29.67 | $19,627.51 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.67 | $19,595.84 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $23.25 | $19,572.59 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.54 | $19,544.05 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.53 | $19,512.52 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.47 | $19,482.05 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $33.46 | $19,448.59 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.34 | $19,420.25 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.33 | $19,388.92 |
| | | | **SUBTOTALS** | | **$20,192.20** | **$803.28** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1049 | | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $33.30 | $19,355.62 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.21 | $19,327.41 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.18 | $19,296.23 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.13 | $19,265.10 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.08 | $19,235.02 |
| 03/05/2014 | 5003 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,775.16 | $16,459.86 |
| 03/05/2014 | 5004 | William Hackney and Smith Amundsen LLC | Final Account Number: ; Claim #: ; Dividend: 16.46; Amount Allowed: 3,167.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $3,167.50 | $13,292.36 |
| 03/05/2014 | 5005 | William Hackney and | Final Account Number: ; Claim #: ; Dividend: 0.04; Amount Allowed: 8.15; Notes: ; Account Number: ; Distribution Dividend: {$v | 3220-000 | | $8.15 | $13,284.21 |
| 03/05/2014 | 5006 | Lois West, Popowcer Katten Ltd. | Final Account Number: ; Claim #: ; Dividend: 12.60; Amount Allowed: 2,425.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $2,425.50 | $10,858.71 |
| 03/05/2014 | 5007 | Lois West, Popowcer Katten Ltd | Final Account Number: ; Claim #: ; Dividend: 0.02; Amount Allowed: 5.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3420-000 | | $5.50 | $10,853.21 |
| 03/05/2014 | 5008 | Financial Management Services, Inc. | Final Account Number: ; Claim #: 1; Dividend: 30.59; Amount Allowed: 254,365.24; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $5,884.21 | $4,969.00 |
| 03/05/2014 | 5009 | LITGEN CONCRETE CO | Final Account Number: ; Claim #: 2; Dividend: 0.22; Amount Allowed: 1,890.20; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $43.73 | $4,925.27 |
| 03/05/2014 | 5010 | SYMONS CORA | Final Account Number: ; Claim #: 3; Dividend: 0.15; Amount Allowed: 1,298.91; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $30.05 | $4,895.22 |
| 03/05/2014 | 5011 | BEVERLY MATERIALS LLC | Final Account Number: ; Claim #: 4; Dividend: 0.09; Amount Allowed: 786.82; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $18.20 | $4,877.02 |
| | | | **SUBTOTALS** | | $0.00 | $14,511.90 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 05-40423 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | AF COMPANY CONTRACTORS | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1049 | **Checking Acct #:** | ******2301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 9/26/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/4/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2014 | 5012 | AUBURN SUPPLY CO | Final Account Number: ; Claim #: 5; Dividend: 2.17; Amount Allowed: 18,078.98; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $418.22 | $4,458.80 |
| 03/05/2014 | 5013 | General Casualty Co | Final Account Number: ; Claim #: 7; Dividend: 0.60; Amount Allowed: 5,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $115.66 | $4,343.14 |
| 03/05/2014 | 5014 | TIMES SAVERS INC | Final Account Number: ; Claim #: 8; Dividend: 0.18; Amount Allowed: 1,501.17; Notes: Duplicate of 6, pay 8, not 6.; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $34.73 | $4,308.41 |
| 03/05/2014 | 5015 | City of Chicago | Final Account Number: ; Claim #: 10; Dividend: 0.16; Amount Allowed: 1,390.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $32.15 | $4,276.26 |
| 03/05/2014 | 5016 | Plumbers' Pension Fund, Local 130, U.A., et a | Final Account Number: ; Claim #: 11; Dividend: 21.63; Amount Allowed: 179,906.38; Notes: (11-1) Unsecured Claim for Plumbers #039; Pension Fund, Local 130, U.A., et al
Claim 12 amends claim 11, which was amended on 4.13.06 by claim 14, only pay one.
3-20-14 Check was returned and re-sent to new attorney resenting Plumbers Pension Fund. New attorney is Frank Marco-Gregorio and Associates. | 7100-000 | | $4,161.76 | $114.50 |
| 03/05/2014 | 5017 | DIAMOND CORING CO | Final Account Number: ; Claim #: 13; Dividend: 0.40; Amount Allowed: 3,349.95; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $77.49 | $37.01 |
| 03/05/2014 | 5018 | Efficient Insulation | Final Account Number: ; Claim #: 9; Dividend: 0.19; Amount Allowed: 1,600.00; Notes: .Objection filed to priority status, not within 180 days of 2005 filing or cessation of business, to be heard 1.15.14. Disallowed as priority, 1.15.14.; Account Number | 7100-000 | | $37.01 | $0.00 |
| 04/11/2014 | 5008 | Financial Management Services, Inc. | Void of Check# 5008-Unclaimed fund sent out twice to the address on the claim. No amendments to change address. | 7100-003 | | ($5,884.21) | $5,884.21 |
| | | | **SUBTOTALS** | | $0.00 | ($1,007.19) | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1049 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2014 | 5010 | SYMONS CORA | Void of Check# 5010-Unclaimed fund sent out twice to the address on the claim. No amendments to change address. | 7100-003 | | ($30.05) | $5,914.26 |
| 04/11/2014 | 5019 | Office of the Bankruptcy Clerk | Unclaimed Funds for checks # 5008 and 5010 | * | | $5,914.26 | $0.00 |
| | | | Claim Amount                $(5,884.21) | 7100-001 | | | $0.00 |
| | | | Claim Amount                  $(30.05) | 7100-001 | | | $0.00 |
| 04/22/2014 | 5011 | BEVERLY MATERIALS LLC | Void of Check# 5011-Unclaimed fund sent out twice to the address on the claim. No amendments to change address. | 7100-003 | | ($18.20) | $18.20 |
| 04/22/2014 | 5020 | Office of the Bankruptcy Clerk | Unclaimed Funds for check #5011 originally issued to Beverly Materials LLC. Claim # 4 | 7100-001 | | $18.20 | $0.00 |
| 07/22/2014 | 5014 | STOP PAYMENT: TIMES SAVERS INC | Stop Payment for Check# 5014 | 7100-004 | | ($34.73) | $34.73 |
| 07/22/2014 | 5021 | Office of the Bankruptcy Clerk | Unclaimed Funds | 7100-001 | | $34.73 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | | TOTALS: | $20,192.20 | $20,192.20 | $0.00 |
| | | Less: Bank transfers/CDs | $20,192.20 | $0.00 | |
| | | Subtotal | $0.00 | $20,192.20 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $0.00 | $20,192.20 | |

| For the period of  9/26/2005 to 8/4/2014 | | For the entire history of the account between 07/25/2011 to 8/4/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,192.20 | Total Internal/Transfer Receipts: | $20,192.20 |
| | | | |
| Total Compensable Disbursements: | $20,192.20 | Total Compensable Disbursements: | $20,192.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,192.20 | Total Comp/Non Comp Disbursements: | $20,192.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5  Exhibit 9

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***1049 | | | Money Market Acct #: | ******8220 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/22/2005 | (6) | LEMONCELLO PLUMBING | account receivable | 1121-000 | $4,000.00 | | $4,000.00 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $0.32 | | $4,000.32 |
| 01/03/2006 | (6) | A & G FRESH MARKET INC. | a/r A G Fress Mkt | 1121-000 | $375.00 | | $4,375.32 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $2.19 | | $4,377.51 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.12 | | $4,380.63 |
| 03/22/2006 | (6) | 2201 W. FULTON LLC | 2201 W. Fulton LLC 60612-2205 | 1129-000 | $1,520.00 | | $5,900.63 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.88 | | $5,904.51 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $4.50 | $5,900.01 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.85 | | $5,904.86 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.02 | | $5,909.88 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.86 | | $5,914.74 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.02 | | $5,919.76 |
| 08/14/2006 | (17) | Reverses Deposit # 4 | Return Of Premium Policy | 1229-000 | ($23.00) | | $5,896.76 |
| 08/14/2006 | (17) | Reverses Deposit # 5 | Return Of preimium policy | 1229-000 | ($23.00) | | $5,873.76 |
| 08/14/2006 | (17) | Reverses Deposit # 6 | Return Of preimium policy | 1229-000 | ($23.00) | | $5,850.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of Premium Policy | 1229-000 | $23.00 | | $5,873.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy | 1229-000 | $23.00 | | $5,896.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy | 1229-000 | $23.00 | | $5,919.76 |
| 08/14/2006 | (17) | AMERICAN FAMILY MUTUAL INSURANCE CO | Return Of preimium policy, Am Fam Mut Ins. | 1229-000 | $23.00 | | $5,942.76 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.04 | | $5,947.80 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.89 | | $5,952.69 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.06 | | $5,957.75 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.90 | | $5,962.65 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.06 | | $5,967.71 |

**SUBTOTALS** $5,972.21 $4.50

FORM 2

Page No: 6     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***1049 | | | Money Market Acct #: | ******8220 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.08 | | $5,972.79 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.58 | | $5,977.37 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.07 | | $5,982.44 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $4.75 | $5,977.69 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.92 | | $5,982.61 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.08 | | $5,987.69 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $4.92 | | $5,992.61 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.09 | | $5,997.70 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.09 | | $6,002.79 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $3.82 | | $6,006.61 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $3.83 | | $6,010.44 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.75 | | $6,011.19 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $6,011.19 | $0.00 |

|  |  | | |
|---|---|---|---|
| **TOTALS:** | | $6,020.44 | $6,020.44 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $6,011.19 | |
| Subtotal | | $6,020.44 | $9.25 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $6,020.44 | $9.25 | |

| For the period of 9/26/2005 to 8/4/2014 | | For the entire history of the account between 12/22/2005 to 8/4/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,020.44 | Total Compensable Receipts: | $6,020.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,020.44 | Total Comp/Non Comp Receipts: | $6,020.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9.25 | Total Compensable Disbursements: | $9.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.25 | Total Comp/Non Comp Disbursements: | $9.25 |
| Total Internal/Transfer Disbursements: | $6,011.19 | Total Internal/Transfer Disbursements: | $6,011.19 |

Page No: 7 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | Checking Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From MMA # ******0423 | Transfer For Bond Payment | 9999-000 | $18.09 | | $18.09 |
| 03/02/2011 | 1 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $18.09 | $0.00 |
| | | | **TOTALS:** | | $18.09 | $18.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $18.09 | $0.00 | |
| | | | Subtotal | | $0.00 | $18.09 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $18.09 | |

| For the period of 9/26/2005 to 8/4/2014 | | For the entire history of the account between 02/17/2011 to 8/4/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18.09 | Total Internal/Transfer Receipts: | $18.09 |
| | | | |
| Total Compensable Disbursements: | $18.09 | Total Compensable Disbursements: | $18.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.09 | Total Comp/Non Comp Disbursements: | $18.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $6,011.19 | | $6,011.19 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.27 | | $6,013.46 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.06 | | $6,016.52 |
| 01/28/2008 | (18) | Chicago Titile and Trust Company | deposit from CT & T | 1221-000 | $763.17 | | $6,779.69 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.91 | | $6,782.60 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.66 | | $6,785.26 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.63 | | $6,787.89 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.23 | | $6,790.12 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.30 | | $6,792.42 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.23 | | $6,794.65 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.13 | | $6,796.78 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.73 | | $6,798.51 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.67 | | $6,800.18 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.32 | | $6,801.50 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.87 | | $6,802.37 |
| 12/29/2008 | (1) | Parkway Bank & Trust Co | Parkway bank offset 57,125.45 against these accounts as secured creditors. Account # 297550 | 1129-000 | $275.42 | | $7,077.79 |
| 12/29/2008 | (2) | Parkway Bank & Trust Co | Parkway bank offset 57,125.45 against these accounts as secured creditors. account # 297569 | 1129-000 | $275.42 | | $7,353.21 |
| 12/29/2008 | (3) | Parkway Bank & Trust Co. | CD Connected with letter of credit, Parkway | 1129-000 | $12,860.39 | | $20,213.60 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.72 | | $20,214.32 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.68 | | $20,216.00 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,217.55 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,218.88 |
| 04/02/2009 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.67 | $20,204.21 |
| 04/02/2009 | 1001 | VOID: International Sureties, LTD. | voided bond check | 2300-003 | | ($14.67) | $20,218.88 |
| 04/02/2009 | 1002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.67 | $20,204.21 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,205.04 |

| | | | | **SUBTOTALS** | $20,219.71 | $14.67 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,205.90 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,206.73 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,207.59 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,208.45 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,209.28 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,210.14 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,210.97 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,211.83 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,212.69 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $20,213.47 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,214.33 |
| 04/28/2010 | 1003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $17.34 | $20,196.99 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,197.82 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,198.68 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,199.51 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,200.37 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,201.23 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,202.06 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,202.92 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,203.75 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,204.61 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,205.47 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $20,206.25 |
| 03/02/2011 | | Transfer To # ******0423 | Transfer For Bond Payment | 9999-000 | | $18.09 | $20,188.16 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,189.02 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,189.85 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,190.71 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,191.54 |
| | | | **SUBTOTALS** | | $21.93 | $35.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10    Exhibit 9

| Case No. | 05-40423 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.66 | | $20,192.20 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $20,192.20 | $0.00 |
| | | | **TOTALS:** | | $20,242.30 | $20,242.30 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,011.19 | $20,210.29 | |
| | | | Subtotal | | $14,231.11 | $32.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $14,231.11 | $32.01 | |

| For the period of 9/26/2005 to 8/4/2014 | | For the entire history of the account between 11/08/2007 to 8/4/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,231.11 | Total Compensable Receipts: | $14,231.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,231.11 | Total Comp/Non Comp Receipts: | $14,231.11 |
| Total Internal/Transfer Receipts: | $6,011.19 | Total Internal/Transfer Receipts: | $6,011.19 |
| | | | |
| Total Compensable Disbursements: | $32.01 | Total Compensable Disbursements: | $32.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.01 | Total Comp/Non Comp Disbursements: | $32.01 |
| Total Internal/Transfer Disbursements: | $20,210.29 | Total Internal/Transfer Disbursements: | $20,210.29 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11  Exhibit 9

| Case No. | 05-40423 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AF COMPANY CONTRACTORS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***1049 | | Money Market Acct #: | ******0423 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/26/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/4/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $20,251.55 | $20,251.55 | $0.00 |

**For the period of 9/26/2005 to 8/4/2014**

| | |
|---|---|
| Total Compensable Receipts: | $20,251.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,251.55 |
| Total Internal/Transfer Receipts: | $26,221.48 |
| | |
| Total Compensable Disbursements: | $20,251.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,251.55 |
| Total Internal/Transfer Disbursements: | $26,221.48 |

**For the entire history of the case between 09/26/2005 to 8/4/2014**

| | |
|---|---|
| Total Compensable Receipts: | $20,251.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,251.55 |
| Total Internal/Transfer Receipts: | $26,221.48 |
| | |
| Total Compensable Disbursements: | $20,251.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,251.55 |
| Total Internal/Transfer Disbursements: | $26,221.48 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.